IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GARY EFERIN HENDRIX,

      Appellant,

 v.

Case No.  5D22-602
LT Case No. 16-CF-001060-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 10, 2022

3.850 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Robert David Malove, of The Law Office of
Robert David Malove, P.A., Ft. Lauderdale,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

    AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.